FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0665


ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0665

_____

FRITZ GROENKE,

     Plaintiff and Appellee,

v.

RYAN DEAN GABRIEL,

     Defendant and Appellant.

_____

O R D E R

FILED

DEC 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On December 16, 2024, appearing on his own behalf, Ryan Dean Gabriel filed an opening brief on appeal. Rules 11 through 13 of the Montana Rules of Appellate Procedure set forth the requirements for filing appellate briefs. The document that Appellant Ryan Dean Gabriel submitted as his Appellant's Opening Brief does not comply with these rules.

While this Court attempts to give some leeway to pro se litigants, there are certain requirements of the Rules of Appellate Procedure that are essential to an appeal. For this Court to review an appeal, the appellate rules require a party appealing the order of a district court to present the Court with certain information from the district court case and legal authority supporting the party's position that the district court made a mistake that requires reversing its decision. After reviewing Appellant Ryan Dean Gabriel's brief filed on December 16, 2024, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

The following is a non-exhaustive list of what the Appellant's brief must contain, each with its own appropriate heading, pursuant to M. R. App. P. 12(1)(a)-(h):

1. A table of authorities indicating on what page cited statutes or cases appear;
2. A statement of issues presented for review. The statement of the issues are questions that tell the Court what mistake(s) the district court made;
3. A statement of the facts. You may not rely on any facts that the Justice Court or District Court did not have before it. Therefore, the brief must include references to the record on appeal—for example, Transcript, p.

231; Judgment, p. 3; or Motion for Summary Judgment, p. 2—pursuant to Rule 12(9). It appears Mr. Daniel attached documents from the Justice Court record, but also additional documents from outside the record. He cannot attach these documents without identifying where in the Justice Court or District Court record those documents are found;

4. A statement of the standard of review as to each issue raised, together with a citation of authority;
5. A summary of the argument you will make to the Court;
6. An argument about the legal issues presented with citations to legal authorities, statutes, and pages of the record relied on. The legal authority cited should explain why the District Court decision warrants reversal.

Appellant's Brief must also, pursuant to M. R. App. P. 11(4)(e), include a signed certificate of compliance that states that the document's line spacing is proportionately spaced; the text is double spaced; and the calculated word count. Appellant may rely on the word count of the word processing system used to prepare the brief.

This Court has created a Civil Appellate Handbook explaining these rules in detail and will have the Clerk supply Mr. Gabriel with a copy. Mr. Gabriel should review the Handbook carefully and prepare a brief that meets the requirements of the Rules. In the meantime, his opening brief is rejected and the Court will allow an additional thirty days for him to prepare an Appellant's Brief.

IT IS THEREFORE ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rule[s];

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within thirty (30) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant, along with a copy of the Civil Appellate Handbook, and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 17 day of December, 2024.

For the Court,

By_____
Justice